IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BNSF RAILWAY COMPANY,

   Plaintiff,

 vs.                CIVIL NO. 06-1076 MCA/LFG

LAFARGE SOUTHWEST, INC.; STELLA
R. VALENCIA, Personal Representative of the
Estate of Robert J. Valencia; and GREGORY
MARTINEZ and DARLENE COLEMAN,
Personal Representatives of the Estate of
Carol E. Duran,

   Defendants.
======================================

STELLA R. VALENCIA, individually, and as
Personal Representative of the Estate of Robert J.
Valencia, JOHN KELLY VALENCIA, DESIREE
RICHELLE VALENCIA, STEPHANIE ESTELLE
VALENCIA, and LILLIAN S. VALENCIA,

   Counter Claimants/Cross-Claimants/
   Third-Party Plaintiffs,
 vs.

BNSF RAILWAY COMPANY, and DARLENE
COLEMAN, Personal Representative of the
Estate of Carol E. Duran,

   Counter-Defendants/Cross-Defendants,

MIKE TAFT, d/b/a Taft Construction;
and EL PASO NATURAL GAS COMPANY

   Third-Party Defendants.
======================================

LAFARGE SOUTHWEST, INC.

   Third-Party Plaintiff/Cross-Plaintiff
 vs.

EMPLOYERS MUTUAL CASUALTY COMPANY
and HUB INTERNATIONAL SOUTHWEST
AGENCY LIMITED,

      Third-Party Defendants,

and

DARLENE COLEMAN, individually, and as Personal
Representative of the Estate of Carol E. Duran; GREG
GUTIERREZ and MATTHEW RAY DURAN, individually,

      Plaintiffs,
  vs.

BNSF RAILWAY COMPANY; LAFARGE SOUTHWEST,
INC.; STELLA VALENCIA, Personal Representative of the
Estate of Robert J. Valencia; MIKE TAFT, d/b/a Taft
Construction; and EL PASO NATURAL GAS CO.,

      Defendants.

## **ORDER SETTING RULE 16 SETTLEMENT CONFERENCE**

In an effort to facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accord with provisions of the Federal Rules of Civil Procedure 16(a)(5) on **Thursday, July 31, 2008** beginning at **9:00** in Suite 680, 333 Lomas Blvd., N.W., Albuquerque, New Mexico. Please set aside the greater part of the day for this conference.

The parties or designated representative, other than counsel of record, with final settlement authority must be present. Similarly, counsel who will try the case must attend. Any requests to excuse a party or trial counsel from the settlement conference must be presented to the Court in writing.

Prior to the conference, counsel are required to confer with one another in a good-faith effort to resolve the litigation.

2

Confidential settlement position statements are not required. However, the Court does accept them if timely submitted at least two working days prior to the conference.

_____
Lorenzo F. Garcia
Chief United States Magistrate Judge

PLEASE DIRECT ANY
INQUIRIES TO: 505-348-2320